**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE LAWFARE INSTITUTE, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Case No. 26-cv-00798 |

**NOTICE OF WITHDRAWAL**

Please take notice that, pursuant to Local Rule 83.6(b), Yoseph T. Desta withdraws his appearance as counsel on behalf of the plaintiff in the above-captioned case because he is no longer employed at Citizens for Responsibility and Ethics in Washington.

Date: March 31, 2026

Respectfully Submitted,

*/s/ Yoseph T. Desta*

Yoseph T. Desta (D.C. Bar No. 90002042)