AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  26-cv-798

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Jeanine Ferris-Pirro, U.S. Attorney for DC

was received by me on *(date)*        03/06/2026              .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  I emailed the summons and complaint on March 17, 2026 to the US Attorney's Office for
DC at usdc.servicecivil@doj.com. I also mailed via certified mail the summons and
complaint to Jeanine Ferris-Pirro, US Attorney General for DC, 601 D Street NW,
Washington, DC 20579.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00        .

I declare under penalty of perjury that this information is true.

Date:     04/02/2026                                      /s/ Amanda Bangle
                                                       *Server's signature*

                                                  Amanda Bangle, Paralegal
                                                    *Printed name and title*

                                                          CREW
                                                     PO Box 14596
                                                  Washington, DC 20044
                                                    *Server's address*

Additional information regarding attempted service, etc:



**Amanda Bangle <abangle@citizensforethics.org>**

## USAO service

2 messages

**Jordan Faria** <jfaria@citizensforethics.org>                                    Tue, Mar 17, 2026 at 2:22 PM
To: USADC.ServiceCivil@usdoj.gov
Cc: Nikhel Sus <nsus@citizensforethics.org>, Amanda Bangle <abangle@citizensforethics.org>

Hello,

Per your office's guidance on Service of Process in Civil Actions under Federal Rule of Civil Procedure 4(i), attached please find for service the summons and complaint in the above-referenced action.

The service package was also delivered to your office via USPS certified mail.

Please reach out with any concerns.

Respectfully,



**Jordan Faria** (she/her)
Paralegal | Citizens for Responsibility and Ethics in Washington
Office: (202) 408-5565
jfaria@citizensforethics.org | www.citizensforethics.org

**2 attachments**

 **1 Complaint.pdf**
508K

 **Summons USAO.pdf**
473K

**USADC-ServiceCivil** <USADC.ServiceCivil@usdoj.gov>                          Fri, Mar 27, 2026 at 4:19 PM
To: Jordan Faria <jfaria@citizensforethics.org>, USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
Cc: Nikhel Sus <nsus@citizensforethics.org>, Amanda Bangle <abangle@citizensforethics.org>

The summons and complaint have been received by email, with a service date of March 17, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

[Quoted text hidden]

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$
Total

$
Sent

Street

City,

Jeanine Pirro, United States Attorney
c/o Civil Docket Clerk
U.S. Attorney's Office for DC
601 D Street NW
Washington, DC 20579

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052703276584486

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:32 am on March 24, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
March 24, 2026, 4:32 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                      ⌄

Product Information                                                      ⌄

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  26-cv-798

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Pamela Bondi, U.S. Attorney General

was received by me on *(date)*        03/06/2026        .

❒  I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☑  Other *(specify):*  I mailed the summons and complaint on March 17, 2026 to Pamela Bondi, U.S. Attorney General, 950 Pennsylvania Avenue NW, Washington, DC 20530.

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:      04/02/2026                                    /s/ Amanda Bangle
                                                          *Server's signature*

                                                   Amanda Bangle, Paralegal
                                                     *Printed name and title*

                                                            CREW
                                                       PO Box 14596
                                                    Washington, DC 20044
                                                      *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $ _____
- ☐ Certified Mail Restricted Delivery  $ _____
- ☐ Adult Signature Required           $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Po

$

Sent To     Pamela Bondi, Attorney General
Street a    U.S. Department of Justice
            950 Pennsylvania Avenue NW
City, St    Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 3276 5844 79

# USPS Tracking®

FAQs >

**Tracking Number:**                                        Remove ✕

## 9589071052703276584479

Copy            Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:32 am on March 24, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
March 24, 2026, 4:32 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

---

Text & Email Updates                                            ⌄

---

USPS Tracking Plus®                                             ⌄

---

Product Information                                             ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  26-cv-798

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Marco Rubio, Secretary of State

was received by me on *(date)*   03/06/2026   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I mailed via certified mail the summons and complaint on March 17, 2026 to Marco Rubio, Secretary of State, Executive Office, Office of the Legal Advisor, Suite 5.600, 600 19th Street NW, Washington, DC 20522.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   04/02/2026

/s/ Amanda Bangle
*Server's signature*

Amanda Bangle, Paralegal
*Printed name and title*

CREW
PO Box 14596
Washington, DC 20044
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)            $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Postage

$

Total

$

Sent

Marco Rubio, Secretary of State

Street

The Executive Office, Office of the Legal Advisor

Suite 5.600

600 19th Street NW

City,

Washington, DC 20522

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 5845 0921 3276 5270 0710 09

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527032765 84509

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 6:12 am on March 24, 2026 in WASHINGTON, DC 20520.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20520
March 24, 2026, 6:12 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                              ⌄

USPS Tracking Plus®                                              ⌄

Product Information                                              ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

Feedback

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  26-cv-798

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of State

was received by me on *(date)*          03/06/2026          .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   I mailed via certified mail the summons and complaint on March 17, 2026 to the U.S. Department of State, Executive Office, Office of the Legal Advisor, Suite 5.600, 600 19th Street NW, Washington, DC 20522.

My fees are $ _____ for travel and $ _____ for services, for a total of $          0.00          .

I declare under penalty of perjury that this information is true.

Date:      04/02/2026                                      /s/ Amanda Bangle
                                                        *Server's signature*

                                              Amanda Bangle, Paralegal
                                                  *Printed name and title*

                                                        CREW
                                                   PO Box 14596
                                                Washington, DC 20044
                                                   *Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$
Total

$
Sent

Street

City,

U.S. Department of State
The Executive Office, Office of the Legal Advisor
Suite 5.600
600 19th Street NW
Washington, DC 20522

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

Remove ✕

**Tracking Number:**

## 95890710527032765844493

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 6:12 am on March 24, 2026 in WASHINGTON, DC 20520.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20520
March 24, 2026, 6:12 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                                      ⌄

USPS Tracking Plus®                                        ⌄

Product Information                                        ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers