## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAWFARE INSTITUTE,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE and MARCO RUBIO, in his official capacity as Secretary of State,<br><br>　　　Defendants. | Civil Action No. 1:26-cv-798 |

## MOTION TO DISMISS

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendants—the U.S. Department of State; and U.S. Secretary of State Marco Rubio, sued solely in his official capacity—respectfully request that the Court dismiss Plaintiff's Complaint in its entirety. The grounds for this request are set forth more fully in the accompanying memorandum of law. A proposed order is attached.

Dated: June 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

*/s/Keri L. Berman*
Keri L. Berman
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

1100 L St. NW
Washington, DC 20005
Tel: (202) 305-7538
Fax: (202) 616-8460
E-mail: Keri.l.berman@usdoj.gov

*Counsel for Defendants*