# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LAWFARE INSTITUTE,

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF
STATE and MARCO RUBIO, in his official
capacity as Secretary of State,

     Defendants.

Civil Action No. 1:26-cv-798

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

Upon consideration of Defendants' motion to dismiss, the motion is hereby **GRANTED**.

It is further **ORDERED** that this case be dismissed in its entirety.

     **SO ORDERED**.

Dated:                    /s/_____
                          JAMES E. BOASBERG
                          Chief United States District Judge