**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LAWFARE INSTITUTE,

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF
STATE and MARCO RUBIO, in his official
capacity as Secretary of State,

     Defendants.

Civil Action No. 1:26-cv-798

## UNOPPOSED MOTION FOR RELIEF FROM LOCAL CIVIL RULE 7(n)

Defendants hereby respectfully request to waive the requirement under Local Civil Rule 7(n), to the extent it applies here, to file a certified list of the contents of an administrative record simultaneously with the filing of Defendants' Rule 12(b) motion to dismiss.  The parties have conferred and Plaintiff does not oppose the requested relief.

Good cause exists to grant the requested relief. Local Civil Rule 7(n) indicates that it is meant to aid in the decision of a dispositive motion that relies on an administrative record.  *See* LCvR 7(n)(1) (requiring "an appendix containing copies of those portions of the administrative record that are cited or otherwise *relied upon* in any memorandum in support of or in opposition to any dispositive motion" (emphasis added)).  The comment to the LCvR 7 further notes that "[t]his rule is intended to assist the Court in cases involving a voluminous record."  Cmt. to LCvR 7(n). Moreover, "the general practice in this Court" is to waive Local Civil Rule 7(n) when "the administrative record is not necessary for [the court's] decision." *Arab v. Blinken*, 600 F. Supp. 3d 59, 65 n.2 (D.D.C. 2002).

Defendants' concurrently filed motion to dismiss pursuant to Federal Rule of Civil Procedure 12 does not cite to or otherwise rely on the administrative record, and a filing compliant with LCvR 7(n) therefore would not assist the Court in deciding the motion. Defendants respectfully request that the Court waive the requirements of LCvR 7(n) at this time.

Dated: June 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division, Federal Programs Branch

*/s/Keri L. Berman*
Keri L. Berman
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 305-7538
Fax: (202) 616-8460
E-mail: Keri.l.berman@usdoj.gov

*Counsel for Defendants*