**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE LAWFARE INSTITUTE,

*Plaintiff*,

v.                                              Case No. 26-cv-00798-JEB

UNITED STATES DEPARTMENT OF
STATE, *et al.*,

*Defendants*.

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Dismiss and the parties' respective submissions in support thereof and opposition thereto, the Court hereby **ORDERS** that the Motion is **DENIED.**

   **SO ORDERED**.


Date:

_____
JAMES E. BOASBERG
Chief United States District Judge